UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DACEY J. PRITCHETT (formerly known
as Dacey J. LaVigne),

    Plaintiff,

v.                                        Case No. 04-74650

JO ANNE BARNHART,              District Judge Avern Cohn
COMMISSIONER OF SOCIAL SECURITY  Magistrate Judge Whalen

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This is a Social Security case. Plaintiff Dacey Pritchett (Pritchett)[1] requested a writ of mandamus and attorney fees from defendant Commissioner of Social Security (Commissioner) relating to retroactive Supplemental Security Income (SSI) payments due Plaintiff. The matter was referred to a Magistrate Judge who issued a Report and Recommendation (MJRR) recommending, inter alia, that fees be awarded to Pritchett. The Court agrees. Accordingly, the Court adopts the MJRR for the reasons stated in the Memorandum and Order Granting Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act, filed this date.

SO ORDERED.

                                                s/ Avern Cohn
                                                AVERN COHN
Dated: September 30, 2005           UNITED STATES DISTRICT JUDGE
       Detroit, Michigan

---

[1] Pritchett is formerly known as Dacey LaVigne.